UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. CR: 4:19-72 |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN DICKERSON | ) | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Steven H. Lee, counsel for Plaintiff, from August 29, 2019 through September 3, 2019. After careful consideration, said Motion is **GRANTED**, however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED, this 22nd day of July 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JUL 23  AM 11: 59
CLERK_____
SO. DIST. OF GA.