# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:19-cr-72 |
| KAREN DICKERSON, | ) ) | |
| Defendant. | ) ) | |

## **O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. The following motions filed on behalf of the government, are DISMISSED:

(Doc. 49) Motion in Limine to Exclude Mistake of Law Defense,

(Doc. 50) Motion in Limine to Introduce Evidence, and,

(Doc. 51) Motion in Limine to Admit Transcripts.

SO ORDERED, this 5th day of November 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA