# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case No. CR: 4:19-72 |
| ) | |
| **v.** ) | |
| ) | |
| **KAREN DICKERSON** ) | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Steven H. Lee, counsel for Plaintiff, on March 20, 2020. After careful consideration, said Motion is **GRANTED,** however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED**, this 23rd day of January 2020.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA