IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

KAREN DICKERSON,

Defendant.

CASE NO.: 4:19-cr-72

**O R D E R**

This matter is before the Court on Defendant's Motion Seeking Permission to Leave a Copy of the Presentence Investigation Report with Defendant. (Doc. 98.) Counsel for Defendant seeks to provide a copy of the Defendant's Presentence Investigation Report to Defendant. (Id.) The Government has responded that it does not object to Defendant's Motion. (doc. 99.) After careful consideration and in the manner set forth below, Defendant's Motion is **GRANTED**.

Counsel may give Defendant a copy of the Presentence Investigation Report provided that Defendant may not disclose the Presentence Investigation Report, or its contents, to anyone. The Presentence Investigation Report shall be provided to Defendant solely for the purpose of preparing for Defendant's sentencing, and Defendant must return the copy of the Presentence Investigation Report to the Probation Office at the start of Defendant's sentencing hearing.

**SO ORDERED**, this 4th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA