UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | CASE NO. 4:19-CR-072 |
| ) | |
| KAREN DICKERSON               ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of June 21st through July 2nd, 2021. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 9th day of March, 2021.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia