IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> KAREN DICKERSON, <br><br>  Defendant. | CASE NO.: 4:19-cr-72 |

**<u>O R D E R</u>**

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release, (doc. 260), and a letter dated November 15, 2024, from Defendant requesting permission to travel for vacation, (doc. 261). The United States responded to Defendant's Motion and opposes early termination of supervised release in this case. (Doc. 262.) The Court agrees that, while Defendant has been compliant and successful throughout supervision, early termination of her supervised release is inappropriate at this time as Defendant has not fulfilled her obligations as to restitution in this case. For this same reason, Defendant is not permitted to travel abroad on vacation. Thus, after careful consideration of Defendant's filings and the United States' Response, the Court **DENIES** Defendant's requests for early termination and to travel for vacation.

**SO ORDERED**, this 21st day of January, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA