IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-72 |
| KAREN DICKERSON, | |
| Defendant. | |

## AMENDED ORDER OF RESTITUTION

This matter came before the Court on the Government's Motion for an Amended Order of Restitution, (Doc. 265), requesting an order that all payments received from Defendant, Karen Dickerson, up to $100,000.00 of the $644,915.15 total restitution originally ordered in the above-referenced matter on August 25, 2021, be applied jointly and severally to the restitution ordered in United States v. Sharon Ann Walton, 4:21-CR-00108-1, (Doc. 29).

Based upon the Government's Motion, and all the files and records of the proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for an Amended Order of Restitution is **GRANTED**, and;

2. The Clerk of Court is directed to apply any sums received from Defendant, Karen Dickerson, up to $100,000.00, jointly and severally towards the restitution obligation imposed on Defendant, Sharon Ann Walton, in case 4:21-CR-00108-1 (ECF No. 29, at 7).

**SO ORDERED**, this 21st day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA